*In re* Extensión de la Vigencia de la Orden Núm. V de 20 de enero de 1995 sobre Designación y Asignación de Jueces Municipales para Atender Asuntos Civiles y Criminales Conforme a la´ Ley de la Judicatura de Puerto Rico de 1994, Según Enmendada.

*Número:* V                    *Resuelto:* 30 de junio de 1999

## ORDEN V

La competencia de los Jueces Municipales, tanto en materia civil como criminal, dispuesta por el Art. 5.004(I)(a) y (b), y (II)(a) de la Ley de la Judicatura de Puerto Rico de 1994, según enmendada, 4 L.P.R.A. sec. 22p(I)(a) y (b), y (II)(a), requiere una coordinación eficaz y eficiente del trabajo judicial. Dentro del esquema judicial que rige en Puerto Rico, un juez sólo puede ejercer la competencia que le ha sido conferida por ley si ha habido una previa designación de dicho juez por el Juez Presidente para que realice esas funciones. Conforme esa previa designación, es que el Juez Administrador de la Región Judicial puede, por delegación del Juez Presidente, asignar a dicho juez, de acuerdo con las necesidades judiciales de dicha región, los casos y asuntos que éste atenderá. Cónsono con esta estructura administrativa, el Juez Administrador de la Región Judicial, cuando haya una delegación previa del Juez Presidente, también determinará para cuáles Jueces Superiores estará disponible el Juez Municipal, conforme al Art. 5.004(I)(a)(20)-(23) de la Ley de al Judicatura de Puerto Rico de 1994 (4 L.P.R.A. sec. 22p(I)(a)(20)-(23)). Sin esta previa designación y determinación, el Juez Superior no podrá hacer uso de este recurso.

Constitucionalmente, la facultad de administrar el Sistema Judicial le corresponde al Juez Presidente del Tribunal Supremo; es él quien tiene la responsabilidad de velar

por que se haga una eficiente utilización de los recursos de la Rama Judicial, tanto los físicos como los humanos. Art. V, Sec. 7, Const. E.L.A., L.P.R.A., Tomo 1. El Juez Presidente puede ejercer estas facultades directamente o puede delegarlas en la Directora Administrativa de los Tribunales, en los Jueces Administradores Regionales o en los Jueces Administradores Auxiliares. La labor de los Jueces es llevar a cabo aquellas funciones que el Juez Presidente les asigne en beneficio del Sistema Judicial.

Con el propósito de darle fiel cumplimiento a la Ley de la Judicatura de Puerto Rico de 1994 y conforme a lo dispuesto en la Sec. 7 del Art. V de la Constitución del Estado Libre Asociado de Puerto Rico, *supra*, se extiende la vigencia de la Orden Administrativa V de 20 de enero de 1995, mediante la cual se designaron a los Jueces Municipales para atender los asuntos tanto civiles como criminales contenidos en el Art. 5.004(I)(a) y (b), y (II)(a), según enmendado por la Ley Núm. 248 de 25 de diciembre de 1995, *supra*.

Por la presente, se extiende la designación a los Jueces Municipales para que, dentro de su área de competencia territorial, atiendan todos los asuntos que al amparo del inciso (I)(b) del Art. 5.004 de la ley, *supra*, según enmendada, se le haya conferido competencia con excepción de lo dispuesto en el subinciso (4) del inciso (b), que se regirá por la Orden Administrativa III de 30 de junio de 1999.

El Juez Presidente, motu proprio o previa solicitud del Juez Administrador de una Región Judicial, asignará mediante una Orden los Jueces Municipales que atenderán los asuntos civiles y criminales dentro de su competencia, según ésta le ha sido conferida por el Art. 5.004(I)(a) y (b), y (II)(a) de la ley, *supra*, según enmendada, de acuerdo con las necesidades judiciales de la región.

Esta Orden Administrativa entrará en vigor el 1ro de julio de 1999, y durante un periodo de por lo menos un (1)

año, será objeto de evaluación periódica con el fin de ajustarla a la reorganización paulatina del Sistema Judicial.

*Publíquese.*

Lo decretó y firma.

(*Fdo.*) José A. Andréu Gracía
*Juez Presidente del Tribunal Supremo*

CERTIFICO:

(*Fdo.*) Mercedes M. Bauermeister
*Directora Administrativa de los Tribunales*